IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA

    v.           CASE NO. 6:10-CR-60003-002

MICHAEL K. STOLZ                              DEFENDANT

ORDER

On October 31, 2013, Defendant was sentenced to nine months imprisonment in connection with a petition filed by the United States Probation Office (Doc. 50). The Court directed Defendant to surrender for service of his sentence at the designated Bureau of Prisons' institution on December 12, 2013. In addition, the Court ordered Defendant to be drug tested weekly until he reported for incarceration. The Court advised defendant that failure to comply with any of the conditions of supervision would result in the immediate termination of the privilege to self-surrender.

On November 6, 2013, the U.S. Probation Office reported that Defendant failed to appear for his drug test on November 4, 2013, and requested the Court enter an order terminating Defendant's voluntary surrender and ordering him to be taken into the custody by the United States Marshal Service for immediate commencement of service of sentence. (*See* Attach. 1). The Court, being well and sufficiently advised, finds

good cause to terminate Defendant's voluntary surrender. The United States Marshals Service is ordered to immediately take Defendant into custody for delivery to the designated BOP institution for service of his sentence.

IT IS SO ORDERED this 6th day of November 2013.

                                 ✓/s/ Robert T. Dawson
                                 Honorable Robert T. Dawson
                                 United States District Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 0 6 2013

CHRIS R. JOHNSON, Clerk
By
         Deputy Clerk